UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:21-CV-00500-FDW-DSC

| | |
|---|---|
| R. MATTHEW DILLARD,              )<br>                                                    )<br>            Plaintiff,                         )<br>                                                    )<br>    vs.                                         )<br>                                                    )           ORDER<br>STARPOWER, INC. *et al.*,           )<br>                                                    )<br>            Defendants.                    )<br>                                                    )<br>                                                    ) | |

THIS MATTER is before the Court on Defendant Gary D. Pate's ("**Defendant Pate**") Motion to Dismiss (Doc. No. 6), filed on October 28, 2021, and Defendant Mark A. Barondess' ("**Defendant Barondess**") Motion to Dismiss (Doc. No. 11), filed on November 10, 2021. On December 8, 2021, Plaintiff R. Matthew Dillard filed a notice of voluntary dismissal as to Defendant Pate and Defendant Barondess, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (Doc. No. 19). Accordingly, Defendant Pate's Motion to Dismiss (Doc. No. 6) is DENIED AS MOOT and Defendant Barondess' Motion to Dismiss (Doc. No. 11) is DENIED AS MOOT.

IT IS SO ORDERED.

Signed: December 8, 2021

Frank D. Whitney
United States District Judge