IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| R. MATTHEW DILLARD, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:21-cv-500 |
| STARPOWER, INC. AND STAR DANCE ALLIANCE, LLC, | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff R. Matthew Dillard ("Plaintiff") and Defendants Starpower, Inc. and Star Dance Alliance, LLC ("Defendants"), hereby stipulate to the dismissal of the above-captioned action in its entirety, including all claims and counterclaims. This dismissal is with prejudice, with each party bearing his or its own attorneys' fees and costs. This will conclude this action, and the parties request that the Court administratively close the case.

Dated this the 9th day of December 2022.

*We Consent:*

By: /s/ Beth A. Stanfield
    Beth A. Stanfield (N.C. Bar No. 36296)
    bastanfield@michaelbest.com
    Michael Best Friedrich LLP
    5815 Oleander Drive, Ste. 300
    Wilmington, North Carolina 28403

    Rachel M. Blunk (N.C. Bar No. 42694)
    rmblunk@michaelbest.com
    Michael Best Friedrich LLP
    125 S. Elm Street, Ste. 100
    Greensboro, NC 27401

*Attorneys for Plaintiff*

By: /s/ John L. Bishop
    John L. Bishop (N.C. Bar No. 55248)
    jbishop@mcguirewoods.com
    MCGUIREWOODS LLP
    201 North Tryon Street, Suite 3000
    Charlotte, North Carolina 28202
    704.343.2206
    704.805.5006 (Facsimile)

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2022, I filed electronically the foregoing document with the Clerk of Court using the CM/ECF system, which will send notice to the attorneys for plaintiff at the address listed below:

Rachel M. Blunk
Michael Best Friedrich LLP
125 S. Elm Street, Ste. 100
Greensboro, NC 27401
rmblunk@michaelbest.com

Beth A. Stanfield
Michael Best Friedrich LLP
5815 Oleander Drive, Ste. 300
Wilmington, North Carolina 28403
bastanfield@michaelbest.com

    /s/ John L. Bishop
John L. Bishop (N.C. Bar No. 55248)